UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| PAMELA K. SCOTT | § | Case Number: 16-80291 |
| | § | |
| Debtor. | § | JUDGE THOMAS M. LYNCH |

CERTIFICATE OF SERVICE

The undersigned certifies that on September 1, 2017, she served upon all persons to whom it is directed via electronic communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Attorney Jason Nielson
Geraci Law Office
55 East Monroe Suite 3400
Chicago, IL 60603

Patrick Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715

/s/ Marti Maravich

Joseph D. Olsen, Trustee
Yalden, Olsen & Willette
1318 East State Street
Rockford, IL 61104-2228
815-965-8635
815-965-4573 (facsimile)
jolsenlaw@comcast.net

| | | |
|---|---|---|
| AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING, TX 75016-8088 | Associated Bank<br>Attn: Bankruptcy Department<br>1305 Main Street<br>Stevens Point, WI 54481-2898 | CBNA<br>Attn: Bankruptcy Dept.<br>50 Northwest Point Road<br>Elk Grove Village, IL 60007-1032 |
| COMENITY BANK/Bergners<br>Attn: Bankruptcy Dept.<br>3100 Easton Square Pl<br>Columbus, OH 43219-6232 | COMENITY BANK/Vctrssec<br>Attn: Bankruptcy Dept.<br>Po Box 182789<br>Columbus, OH 43218-2789 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY, UT 84130-0285 |
| MAIL BEING RETURNED Capital One<br>Attn: Bankruptcy Dept.<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045-3438 | Cherry Valley Fire Protection District<br>Bankruptcy Dept.<br>202 E. State St.<br>Cherry Valley, IL 61016-7703 | Discover FIN SVCS LLC<br>Attn: Bankruptcy Dept.<br>Po Box 15316<br>Wilmington, DE 19850-5316 |
| US BANK<br>PO BOX 5229<br>CINCINNATI, OH 45201-5229 | Heartland Bank<br>Bankruptcy Dept.<br>401 N. Hershey Rd.<br>Bloomington, IL 61704-3742 | Mcydsnb<br>Attn: Bankruptcy Dept.<br>9111 Duke Blvd<br>Mason, OH 45040-8999 |
| Swedish American Hospital<br>Attn: Bankruptcy Department<br>PO BOX 310283<br>Des Moines, IA 50331-0283 | Syncb/TJX COS DC<br>Attn: Bankruptcy Dept.<br>Po Box 965005<br>Orlando, FL 32896-5005 | Pamela Kay Scott<br>1728 White Oak Trl<br>Cherry Valley, IL 61016-9428 |
| ELAN Financial Service<br>Attn: Bankruptcy Dept.<br>777 E Wisconsin Ave<br>Milwaukee, WI 53202 | | |