**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: SCOTT, PAMELA KAY                    § Case No. 16-80291
                                            §
                                            §
                                            §
Debtor(s)                                   §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $85,170.00                Assets Exempt: $19,100.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $19,390.29    Claims Discharged
                                               Without Payment: $0.00

Total Expenses of Administration: $25,913.63

---

    3)  Total gross receipts of $ 640,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 594,696.08 (see **Exhibit 2**), yielded net receipts of $45,303.92 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $435.71 | $435.71 | $435.71 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 25,913.63 | 25,913.63 | 25,913.63 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 18,954.58 | 18,954.58 | 18,954.58 |
| **TOTAL DISBURSEMENTS** | $0.00 | $45,303.92 | $45,303.92 | $45,303.92 |

4) This case was originally filed under Chapter 7 on February 10, 2016. The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/15/2017        By: /s/JOSEPH D. OLSEN
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Grayson County, Whitesboro, TX, 76273 Land . En | 1110-000 | 640,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$640,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Home Run Realty | broker commission | 8500-002 | 16,000.00 |
| Leslie Decker | broker commission | 8500-002 | 3,200.00 |
| Samuel R Bonney | administrator of the Estate of Helen Cunningham | 8500-002 | 450,414.13 |
| Dennis Scott | heir | 8500-002 | 36,420.00 |
| David Scott | heir | 8500-002 | 36,420.00 |
| Retha Scott | heir | 8500-002 | 36,420.00 |
| Lourdes Scott | heir | 8500-002 | 1,212.68 |
| Bonney & Bonney | professional services | 8500-002 | 2,000.00 |
| SCOTT, PAMELA KAY | Dividend paid 2.19% on $573,496.08; Claim# SURPLUS; Filed: $573,496.08; Reference: | 8200-002 | 12,609.27 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$594,696.08** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Stewart Title Guaranty Company | 4700-070 | N/A | 290.71 | 290.71 | 290.71 |
| | Stewart Title Guaranty Company | 4700-070 | N/A | 34.17 | 34.17 | 34.17 |
| | Stewart Title Guaranty Company | 4700-070 | N/A | 83.27 | 83.27 | 83.27 |
| | Stewart Title Guaranty Company | 4700-070 | N/A | 27.56 | 27.56 | 27.56 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $435.71 | $435.71 | $435.71 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOSEPH D. OLSEN | 2100-000 | N/A | 3,131.07 | 3,131.07 | 3,131.07 |
| Trustee Expenses - JOSEPH D. OLSEN | 2200-000 | N/A | 45.08 | 45.08 | 45.08 |
| Attorney for Trustee Fees (Trustee Firm) - Attorney Joseph D Olsen | 3110-000 | N/A | 1,680.00 | 1,680.00 | 1,680.00 |
| Other - Engel & Volkers | 3510-000 | N/A | 19,200.00 | 19,200.00 | 19,200.00 |
| Other - Stewart Title Company | 2500-002 | N/A | 250.00 | 250.00 | 250.00 |
| Other - Chapin Title Company | 2500-002 | N/A | 130.00 | 130.00 | 130.00 |
| Other - Grayson County Tax Collector | 2820-000 | N/A | 311.72 | 311.72 | 311.72 |
| Other - Grayson County Tax Collector | 2820-002 | N/A | 100.47 | 100.47 | 100.47 |
| Other - Grayson County Tax Collector | 2820-002 | N/A | 1,065.29 | 1,065.29 | 1,065.29 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $25,913.63 | $25,913.63 | $25,913.63 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 6,585.63 | 6,585.63 | 6,585.63 |
| 1I | Discover Bank | 7990-000 | N/A | 50.57 | 50.57 | 50.57 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 383.17 | 383.17 | 383.17 |
| 2I | Quantum3 Group LLC as agent for | 7990-000 | N/A | 2.94 | 2.94 | 2.94 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 1,543.83 | 1,543.83 | 1,543.83 |
| 3I | Capital One Bank (USA), N.A. | 7990-000 | N/A | 11.85 | 11.85 | 11.85 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 3,555.18 | 3,555.18 | 3,555.18 |
| 4I | Capital One Bank (USA), N.A. | 7990-000 | N/A | 27.30 | 27.30 | 27.30 |
| 5 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 1,180.09 | 1,180.09 | 1,180.09 |
| 5I | Quantum3 Group LLC as agent for | 7990-000 | N/A | 9.06 | 9.06 | 9.06 |
| 6 | Cavalry SPV I, LLC | 7100-000 | N/A | 4,240.43 | 4,240.43 | 4,240.43 |
| 6I | Cavalry SPV I, LLC | 7990-000 | N/A | 32.56 | 32.56 | 32.56 |
| 7 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 483.74 | 483.74 | 483.74 |
| 7I | PYOD, LLC its successors and assigns as assignee | 7990-000 | N/A | 3.71 | 3.71 | 3.71 |
| 8 | Capital One NA | 7100-000 | N/A | 273.29 | 273.29 | 273.29 |
| 8I | Capital One NA | 7990-000 | N/A | 2.10 | 2.10 | 2.10 |
| 9 | Department Store National Bank | 7100-000 | N/A | 564.79 | 564.79 | 564.79 |
| 9I | Department Store National Bank | 7990-000 | N/A | 4.34 | 4.34 | 4.34 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $18,954.58 | $18,954.58 | $18,954.58 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-80291  
**Case Name:** SCOTT, PAMELA KAY  

**Period Ending:** 11/15/17

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 02/10/16 (f)  
**§341(a) Meeting Date:** 03/17/16  
**Claims Bar Date:** 06/21/16

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Grayson County, Whitesboro, TX, 76273 Land . En | 43,750.00 | 35,000.00 | | 640,000.00 | FA |
| 2 | 1728 White Oak Trl, Cherry Valley, IL, 61016 Sin | 80,000.00 | 0.00 | | 0.00 | FA |
| 3 | Deposits of money - : Associated Bank | 20.00 | 0.00 | | 0.00 | FA |
| 4 | Deposits of money - : Illinois B | 2,800.00 | 0.00 | | 0.00 | FA |
| 5 | Furniture, linens, small appliances, table & cha | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | Flat screen TV, computer, printer, music collect | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Everyday clothes, shoes, accessories | 100.00 | 0.00 | | 0.00 | FA |
| 8 | Everyday jewelry, costume jewelry | 250.00 | 0.00 | | 0.00 | FA |
| 9 | Honda, Civic, 2013, 24,000.00. Entire property v | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 2 dogs | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Oil & Gas Lease. Wells are not producing | 0.00 | 0.00 | | 0.00 | FA |
| 11 | **Assets** Totals (Excluding unknown values) | **$128,920.00** | **$35,000.00** | | **$640,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2017    **Current Projected Date Of Final Report (TFR):**   September 1, 2017 (Actual)

Printed: 11/15/2017 11:33 AM   V.13.30

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 16-80291  
**Case Name:** SCOTT, PAMELA KAY  
**Taxpayer ID #:** **-***3587  
**Period Ending:** 11/15/17  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9766 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 07/31/17 | | Stewart Title Guaranty Company | per order to compromise | | | 36,420.00 | | 36,420.00 |
| | {1} | | contract sale price | 640,000.00 | 1110-000 | | | 36,420.00 |
| | | | county taxes | -290.71 | 4700-070 | | | 36,420.00 |
| | | | county taxes | -34.17 | 4700-070 | | | 36,420.00 |
| | | | county taxes | -83.27 | 4700-070 | | | 36,420.00 |
| | | | county taxes | -27.56 | 4700-070 | | | 36,420.00 |
| | | Engel & Volkers | broker commission | -19,200.00 | 3510-000 | | | 36,420.00 |
| | | Home Run Realty | broker commission | -16,000.00 | 8500-002 | | | 36,420.00 |
| | | Leslie Decker | broker commission | -3,200.00 | 8500-002 | | | 36,420.00 |
| | | Stewart Title Company | processing fees | -250.00 | 2500-002 | | | 36,420.00 |
| | | Chapin Title Company | tax certificate | -130.00 | 2500-002 | | | 36,420.00 |
| | | Grayson County Tax Collector | 2015, 2016 taxes | -311.72 | 2820-000 | | | 36,420.00 |
| | | Grayson County Tax Collector | 2015, 2016 taxes | -100.47 | 2820-002 | | | 36,420.00 |
| | | Grayson County Tax Collector | 2015, 2016 taxes | -1,065.29 | 2820-002 | | | 36,420.00 |
| | | Samuel R Bonney | administrator of the Estate of Helen Cunningham | -450,414.13 | 8500-002 | | | 36,420.00 |
| | | Dennis Scott | heir | -36,420.00 | 8500-002 | | | 36,420.00 |
| | | David Scott | heir | -36,420.00 | 8500-002 | | | 36,420.00 |
| | | Retha Scott | heir | -36,420.00 | 8500-002 | | | 36,420.00 |
| | | Lourdes Scott | heir | -1,212.68 | 8500-002 | | | 36,420.00 |
| | | Bonney & Bonney | professional services | -2,000.00 | 8500-002 | | | 36,420.00 |
| 09/25/17 | 101 | JOSEPH D. OLSEN | Dividend paid 100.00% on $45.08, Trustee Expenses; Reference: | | 2200-000 | | 45.08 | 36,374.92 |
| 09/25/17 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $3,131.07, Trustee Compensation; Reference: | | 2100-000 | | 3,131.07 | 33,243.85 |
| 09/25/17 | 103 | Attorney Joseph D Olsen | Dividend paid 100.00% on $1,680.00, Attorney for Trustee Fees (Trustee Firm); Reference: | | 3110-000 | | 1,680.00 | 31,563.85 |
| 09/25/17 | 104 | SCOTT, PAMELA KAY | Dividend paid 2.19% on $573,496.08; Claim# SURPLUS; Filed: $573,496.08; Reference: | | 8200-002 | | 12,609.27 | 18,954.58 |
| 09/25/17 | 105 | Capital One Bank (USA), N.A. | Combined Check for Claims#3,4,3I,4I | | | | 5,138.16 | 13,816.42 |
| | | | Dividend paid 100.00% on $1,543.83; Claim# 3; Filed: $1,543.83 | 1,543.83 | 7100-000 | | | 13,816.42 |
| | | | Dividend paid 100.00% on $3,555.18; Claim# 4; Filed: $3,555.18 | 3,555.18 | 7100-000 | | | 13,816.42 |
| | | | Dividend paid 100.00% | 11.85 | 7990-000 | | | 13,816.42 |

Subtotals : $36,420.00 $22,603.58

{} Asset reference(s)      Printed: 11/15/2017 11:33 AM    V.13.30

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 16-80291  
**Case Name:** SCOTT, PAMELA KAY  

**Taxpayer ID #:** **-***3587  
**Period Ending:** 11/15/17  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9766 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | on $11.85;  Claim# 3I;<br>Filed: $11.85 | | | | |
| | | | Dividend paid 100.00%        27.30<br>on $27.30;  Claim# 4I;<br>Filed: $27.30 | 7990-000 | | | 13,816.42 |
| 09/25/17 | 106 | Capital One NA | Combined Check for Claims#8,8I | | | 275.39 | 13,541.03 |
| | | | Dividend paid 100.00%       273.29<br>on $273.29;  Claim# 8;<br>Filed: $273.29 | 7100-000 | | | 13,541.03 |
| | | | Dividend paid 100.00%         2.10<br>on $2.10;  Claim# 8I;<br>Filed: $2.10 | 7990-000 | | | 13,541.03 |
| 09/25/17 | 107 | Cavalry SPV I, LLC | Combined Check for Claims#6,6I | | | 4,272.99 | 9,268.04 |
| | | | Dividend paid 100.00%     4,240.43<br>on $4,240.43;  Claim# 6;<br>Filed: $4,240.43 | 7100-000 | | | 9,268.04 |
| | | | Dividend paid 100.00%        32.56<br>on $32.56;  Claim# 6I;<br>Filed: $32.56 | 7990-000 | | | 9,268.04 |
| 09/25/17 | 108 | Department Store National Bank | Combined Check for Claims#9,9I | | | 569.13 | 8,698.91 |
| | | | Dividend paid 100.00%       564.79<br>on $564.79;  Claim# 9;<br>Filed: $564.79 | 7100-000 | | | 8,698.91 |
| | | | Dividend paid 100.00%         4.34<br>on $4.34;  Claim# 9I;<br>Filed: $4.34 | 7990-000 | | | 8,698.91 |
| 09/25/17 | 109 | Discover Bank | Combined Check for Claims#1,1I | | | 6,636.20 | 2,062.71 |
| | | | Dividend paid 100.00%     6,585.63<br>on $6,585.63;  Claim# 1;<br>Filed: $6,585.63 | 7100-000 | | | 2,062.71 |
| | | | Dividend paid 100.00%        50.57<br>on $50.57;  Claim# 1I;<br>Filed: $50.57 | 7990-000 | | | 2,062.71 |
| 09/25/17 | 110 | PYOD, LLC its successors and assigns as assignee | Combined Check for Claims#7,7I | | | 487.45 | 1,575.26 |
| | | | Dividend paid 100.00%       483.74<br>on $483.74;  Claim# 7;<br>Filed: $483.74 | 7100-000 | | | 1,575.26 |
| | | | Dividend paid 100.00%         3.71 | 7990-000 | | | 1,575.26 |

Subtotals :                    $0.00           $12,241.16

{} Asset reference(s)                                                                    Printed: 11/15/2017 11:33 AM    V.13.30

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 16-80291  
**Case Name:** SCOTT, PAMELA KAY  

**Taxpayer ID #:** **-***3587  
**Period Ending:** 11/15/17  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9766 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | on $3.71;  Claim# 7I;<br>Filed: $3.71 | | | | |
| 09/25/17 | 111 | Quantum3 Group LLC as agent for | Combined Check for Claims#2,5,2I,5I | | | 1,575.26 | 0.00 |
| | | | Dividend paid 100.00%       383.17<br>on $383.17;  Claim# 2;<br>Filed: $383.17 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%     1,180.09<br>on $1,180.09;  Claim# 5;<br>Filed: $1,180.09 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%            2.94<br>on $2.94;  Claim# 2I;<br>Filed: $2.94 | 7990-000 | | | 0.00 |
| | | | Dividend paid 100.00%            9.06<br>on $9.06;  Claim# 5I;<br>Filed: $9.06 | 7990-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 36,420.00 | 36,420.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 36,420.00 | 36,420.00 | |
| | | | Less: Payments to Debtors | | | 12,609.27 | |
| | | | **NET Receipts / Disbursements** | | **$36,420.00** | **$23,810.73** | |

| | | |
|---|---|---|
| Net Receipts : | 36,420.00 |
| Plus Gross Adjustments : | 603,580.00 |
| Less Payments to Debtor : | 12,609.27 |
| Less Other Noncompensable Items : | 583,632.57 |
| Net Estate : | $43,758.16 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******9766** | 36,420.00 | 23,810.73 | 0.00 |
| | **$36,420.00** | **$23,810.73** | **$0.00** |

{} Asset reference(s)